UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**UNITED STATES OF AMERICA**                                               **PLAINTIFF**

**vs.**                                                       **CIVIL NO. 3:22-CV-00150-GHD-RP**

**ONE (1) GLOCK MODEL 19 GEN5
PISTOL, SN: BHNS681 and
19 ROUNDS OF AMMUNITION**                                         **DEFENDANT**

## DEFAULT JUDGMENT OF FORFEITURE

A Verified Complaint for Forfeiture *in rem* was filed on July 21, 2022, against the Defendant property. The complaint alleges that the Defendant property is subject to forfeiture pursuant to 18 U.S.C. § 924(d)(1).

The Clerk of Court, upon review of this matter, finds as follows:

1. That pursuant to Fed. R. Civ. P. 55(b)(1), the Clerk of the Court has the authority to enter this Default Judgment of Forfeiture as the Plaintiff=s claim is for a sum certain, namely, the forfeiture of the Defendant Property, One (1) Glock 19GEN5 Pistol CAL:9 SN:BHNS681 and 19 live rounds of assorted 9mm ammunition.

2. Notice of this action was published on www.forfeiture.gov, an official government website, as required by Rule G (4)(a)(iv)(C), for at least thirty (30) consecutive days. Additionally, on September 29, 2022, a Notice of Judicial Forfeiture Proceedings was mailed via certified United States Mail to Randy Salmon at an address in Myrtle, Mississippi. On November 1, 2022, Salmon confirmed that he received the notice via signature on the Domestic Return Receipt.

3. That a Request for Clerk's Entry of Default, with the attached Declaration of Samuel D. Wright, is on file in the office of the Clerk of this Court in this cause.

4. On December 8, 2022, the Clerk of the Court properly entered a Default against the Defendant property as no claim, answer or defense was filed by the above-stated dates or within the time permitted by Rule G of the Supplemental Rules for Certain Admiralty and Maritime Claims. See Docket #3.

5. The United States has requested that a Default Judgment of Forfeiture be entered against the Defendant Property.

It is, therefore:

**ORDERED AND ADJUDGED** that the Defendant property, **One (1) Glock 19GEN5 Pistol CAL:9 SN:BHNS681 and 19 live rounds of assorted 9mm ammunition**, shall be and is hereby **FORFEITED** to the United States of America and no right, title or interest in said Defendant property shall exist in any other person or party.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Defendant Property forfeited to the United States shall be disposed of by the United States in accordance with applicable law.

SO ORDERED AND ADJUDGED this the 9th day of December 2022.

                                                      DAVID CREWS
                                                     CLERK OF COURT

                                      By:    s/ Jennifer L. Adams
                                                     DEPUTY CLERK